AARON D. FORD
Attorney General
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

AARON D. FORD
Attorney General
VICTORIA C. COREY, Bar No. 16364C
Deputy Attorney General
State of Nevada
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Tel: (702) 486-9245
Email: vcorey@ag.nv.gov

*Attorneys for Defendants*
*Dr. Ted Hanf and Jessica Lucchesi*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARLO D. THOMAS,<br><br>Plaintiff,<br><br>vs.<br><br>TED HANF, DR., et al.<br><br>Defendants. | Case No. 3:20-cv-00487-MMD-CSD<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff, Marlo D. Thomas, in pro se, and Defendants Ted Hanf and Jessica Lucchesi, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, Douglas R. Rands, Senior Deputy Attorney General, and Victoria C. Corey, Deputy Attorney General, hereby stipulate that the

///

///

///

///

1

above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

DATED this 9 day of 21, 2023

By: /s/ Marlo Thomas
MARLO D. THOMAS, #50682
*Plaintiff Pro Se*

DATED this 6th day of November, 2023

AARON D. FORD
Attorney General

By: /s/ Douglas R. Rands
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General

VICTORIA C. COREY, Bar No. 16364C
Deputy Attorney General

*Attorneys for Defendant*

IT IS SO ORDERED.

_____
US DISTRICT JUDGE

DATED: November 7, 2023

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 6th day of November, 2023, I caused to be served, a true and correct copy of the foregoing, **STIPULATION OF DISMISSAL WITH PREJUDICE,** by U.S. District Court CM/ECF Electronic Filing on the following:

Marlo D. Thomas #50682
High Desert State Prison
P.O. Box 650
Indian Springs, Nevada 89070

                                             */s/ Roberta W. Bibee*
                                             An employee of the
                                             Office of the Attorney General